IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

TYLER ROWE,

    Plaintiff,

vs.

HELMERICH & PAYNE
INTERNATIONAL DRILLING CO.,

    Defendant.

Case No. 19-CV-19-R

FILED
10:21 am, 8/26/20
U.S. Magistrate Judge

## ORDER OF DISMISSAL WITH PREJUDICE

This Court has reviewed the parties' Stipulated Motion to Dismiss with Prejudice. Finding good cause, the Court GRANTS the Motion.

NOW, THEREFORE, IT IS ORDERED that Plaintiff's Complaint and all causes of action therein and all claims thereon, along with all causes of action that could or should have been asserted, be, and the same hereby are, DISMISSED WITH PREJUDICE to a future action, with each of the parties to bear their own costs, expenses, and attorneys' fees.

DATED this 26th day of August, 2020.

_____
Kelly H. Rankin
United States Magistrate Judge